**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**BREYON RICHARDSON and
NIJA ARNOLD,**

        Defendants.

Criminal Action No. 18-22-UNA



**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

From on or about January 5, 2018, through on or about March 6, 2018, in the State and District of Delaware, **BREYON RICHARDSON**, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit, a Ruger LCP, .380 caliber, semi-automatic pistol, serial number 372-074132, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT TWO**

On or about February 16, 2018, in the State and District of Delaware, **NIJA ARNOLD** and **BREYON RICHARDSON**, defendants herein, in connection with the attempted acquisition of a firearm, to wit, a 5.56 mm Bushmaster Carbon-15 rifle, bearing serial number E17356, from Cabela's at Christiana Mall in Newark, Delaware ("Cabela's"), a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Cabela's, which was intended and likely to deceive Cabela's as to a fact material to the lawfulness of the sale of said firearm under the provisions of Chapter 44, Title 18

1

of the United States Code, in that **ARNOLD** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearm on the Form 4473, when in fact, and as defendants **ARNOLD** and **RICHARDSON** then knew, **ARNOLD** was purchasing the firearm for **RICHARDSON**, in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT THREE

On or about February 16, 2018, in the State and District of Delaware, **NIJA ARNOLD** and **BREYON RICHARDSON**, defendants herein, in connection with the attempted acquisition of a firearm, to wit, a 5.56 mm Radical Firearms RAD15 rifle, serial number RAD00823 from X-Ring Supply in Newark, Delaware ("X-Ring"), a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to X-Ring, which was intended and likely to deceive X-Ring as to a fact material to the lawfulness of the sale of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that **ARNOLD** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that she was the actual buyer of the firearm on the Form 4473, when in fact, and as defendants **ARNOLD** and **RICHARDSON** then knew,

**ARNOLD** was purchasing the firearm for **RICHARDSON**, in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Whitney C. Cloud
Graham L. Robinson
Assistant United States Attorneys

Dated: March 27, 2018